NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**WESTROCK VIRGINIA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

―――――――――

2018-1877

―――――――――

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00355-LKG, Judge Lydia Kay Griggsby.

―――――――――

## ON PETITION FOR REHEARING EN BANC

―――――――――

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

Appellant Westrock Virginia Corporation filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Appellee United States. The petition was referred to the

panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for panel rehearing is granted for the limited purpose of substituting the attached revised opinion for the previously issued opinion. See accompanying order.

(2) The petition for rehearing en banc is denied.

(3) The mandate of the court will issue on December 26, 2019.

FOR THE COURT

November 4, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court